**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 232 MAL 2015
:
               Respondent :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
          v. :
:
:
:
JUSTIN MEREDITH CORLISS, :
:
               Petitioner :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.